IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC. ) | |
| PAETEC COMMUNICATIONS OF ) VIRGINIA, INC. | |
| US LEC COMMUNICATIONS INC. ) | |
| US LEC OF PENNSYLVANIA INC. ) | |
| US LEC OF VIRGINIA LLC ) | |
| US LEC OF MARYLAND LLC ) | |
| US LEC OF ALABAMA LLC ) | Civil Action No. |
| US LEC OF FLORIDA LLC ) | |
| US LEC OF GEORGIA LLC ) | |
| US LEC OF NORTH CAROLINA INC. ) | |
| US LEC OF SOUTH CAROLINA INC. ) | |
| US LEC OF TENNESSEE INC., ) | |
| Plaintiffs, ) | |
| vs. ) | |
| AT&T CORP., ) | |
| Defendant ) | |

_____

**CERTIFICATE RULE LCvR 7.1**

    I, the undersigned, counsel of record for PAETEC Communications, Inc., PAETEC Communications of Virginia, Inc., US LEC Communications, Inc., US LEC of Pennsylvania,

Inc., US LEC of Virginia LLC., US LEC of Maryland LLC, US LEC of Alabama LLC, US LEC of Florida LLC, US LEC of Georgia LLC, US LEC of South Carolina Inc., US LEC of Tennessee Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiffs which have any outstanding securities in the hands of the public:

           PAETEC Holding Corporation

    These representations are made in order that the judges of this court may determine the need for recusal.

                                   Attorney of Record

                                   /S/Jeffrey J. Binder
D.C. Bar No. 475821          Jeffrey J. Binder, Esq.
BAR IDENTIFICATION NUMBER  2510 Virginia Avenue, NW
                                   Washington, D.C. 20037
                                   (202)965-0199