UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC., et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>AT&T CORP.,<br>One AT&T Way<br>Bedminster, NJ  07921<br><br>      Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 08-076 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant AT&T Corp. ("AT&T") hereby moves the Court for an extension of time to respond to Plaintiffs' Complaint by answer or by motion.  AT&T was served with the Complaint on May 9, 2008, and therefore AT&T's responsive pleading is scheduled to be due on May 29, 2008.  AT&T moves for an extension of time to respond to the Complaint until June 30, 2008.

Defendant has consulted with counsel for Plaintiffs, and Plaintiffs do not oppose the instant motion.  A proposed Consent Order is attached.

Dated: May 22, 2008

Respectfully submitted,

/s/ Michael J. Hunseder

David L. Lawson (D.C. Bar #434741)
Michael J. Hunseder (D.C Bar # 447260)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

*Attorneys for Defendant AT&T Corp.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAETEC COMMUNICATIONS, INC., et al.,

      Plaintiffs,

vs.

AT&T Corp.,

      Defendant.

Civil Action No. 08-076 (EGS)

**CONSENT ORDER TO EXTEND TIME FOR
DEFENDANT AT&T CORP. TO RESPOND
<u>TO PLAINTIFFS' COMPLAINT</u>**

Upon consent of the parties, the time in which Defendant AT&T Corp. has to respond to Plaintiffs' Complaint by answer or by motion is extended to June 30, 2008.

SO ORDERED, this _____ day of _____, 2008.

_____
The Honorable Emmet G. Sullivan