**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| PAETEC COMMUNICATIONS, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 08-076 (EGS) |
| vs. | ) ) | |
| AT&T Corp., | ) ) | |
| Defendant. | ) ) | |

**DISCLOSURE PURSUANT TO LOCAL RULE 7.1 OF**
**CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, the undersigned, counsel of record for Defendant, AT&T Corp., certify that to the best

of my knowledge and belief, the following parent companies, subsidiaries or affiliates of AT&T

Corp. have outstanding securities in the hands of the public:

AT&T, Inc. (NYSE: T).

This representation is made in order that judges of this Court may determine the need for

recusal.

Respectfully submitted,

/s/ Michael J. Hunseder

David L. Lawson (D.C. Bar #434741)
Michael J. Hunseder (D.C Bar # 447260)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel. 202 736-8000
Fax 202 736-8711

May 22, 2008