**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PAETEC COMMUNICATIONS, INC., et al., )<br>  )<br>Plaintiffs, )<br>  )<br>vs. )<br>  )<br>AT&T CORP., )<br>  )<br>Defendant. ) | Civil Action No. 08-076 (EGS) |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND
TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant AT&T Corp. ("AT&T") hereby moves the Court for an extension of time to respond to Plaintiffs' Complaint by answer or by motion.  By Minute Order dated May 22, 2008, the Court granted AT&T's unopposed motion to extend the time to respond to Plaintiffs' Complaint until June 30, 2008.  AT&T respectfully moves for an additional thirty days, until July 30, 2008, to respond to the Complaint.  Defendant has consulted with counsel for Plaintiffs, and Plaintiffs do not oppose the instant motion.  A proposed Consent Order is attached.

Dated:  June 24, 2008

        Respectfully submitted,

        /s/ Michael J. Hunseder

---

David L. Lawson (D.C. Bar #434741)
Michael J. Hunseder (D.C Bar # 447260)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

*Attorneys for Defendant AT&T Corp.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAETEC COMMUNICATIONS, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> AT&T Corp., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 08-076 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CONSENT ORDER TO EXTEND TIME FOR
DEFENDANT AT&T CORP. TO RESPOND
<u>TO PLAINTIFFS' COMPLAINT</u>**

Upon consent of the parties, the time in which Defendant AT&T Corp. has to respond to Plaintiffs' Complaint by answer or by motion is extended to July 30, 2008.

SO ORDERED, this _____ day of _____, 2008.

_____

The Honorable Emmet G. Sullivan