**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ———————————————— ) | |
| PAETEC COMMUNICATIONS, INC., ) | |
| et al., ) | |
| ) | |
|     Plaintiffs, ) | Civil Action No. 08-076 (EGS) |
| ) | |
|   vs. ) | |
| ) | |
| AT&T CORP., ) | |
| ) | |
|     Defendant. ) | |
| ———————————————— ) | |

**JOINT MOTION OF THE PARTIES**
**RENEWING THE REQUEST**
**TO ALLOW DEFENDANT ADDITIONAL TIME**
**TO RESPOND TO PLAINTIFFS' COMPLAINT**

   Plaintiffs PaeTec Communications, Inc., et al., ("Plaintiffs") and Defendant AT&T Corp.

("AT&T") hereby respectfully jointly move this Court for an order allowing AT&T additional

time, until July 30, 2008, to respond to Plaintiffs' complaint.

   By Minute Order dated June 24, 2008, the Court denied AT&T's consent motion for

additional time to file a response to the Plaintiffs' complaint.  However, the parties respectfully

submit that, for the reasons set forth below, good cause exists to grant the requested extension,

and the parties jointly seek to renew the request to allow AT&T until July 30, 2008, to respond to

Plaintiffs' complaint.

   The parties state that they are, and have been, engaged in comprehensive negotiations to

come to an agreement that would resolve this litigation entirely.  AT&T's filing of a response to

the complaint could hinder those negotiations, and thus the parties believe that an additional 30

days for AT&T to respond to the complaint would allow the parties to determine whether they can reach an agreement to resolve this proceeding.

The Court has already granted AT&T one extension of thirty days, to June 30, 2008, in which to respond to the Complaint. However, because of the scope of the negotiations between the parties, which involve other matters not at issue in the litigation, the parties believe additional time is warranted to allow the parties to attempt to resolve this dispute as well as other business matters. Because no schedule has yet been entered in this proceeding, the additional 30 days sought would not interfere with any existing deadlines.

For the foregoing reasons, Plaintiffs and Defendants respectfully submit that good cause exists to allow the AT&T an additional 30 days to respond to the complaint. The parties therefore respectfully renew the request for additional time, and ask that the Court enter an order allowing AT&T until July 30, 2008, in which to respond to the complaint.

Dated: June 25, 2008

                                        Respectfully submitted,

/s/ Jeffrey J. Binder                   /s/ Michael J. Hunseder

_____             _____
Jeffrey J. Binder, Esq.                 David L. Lawson (D.C. Bar #434741)
D.C. Bar No. 475821                     Michael J. Hunseder (D.C Bar # 447260)
The Watergate                           SIDLEY AUSTIN LLP
Suite 1107 North                        1501 K Street, N.W.
2510 Virginia Avenue, N.W.              Washington, D.C. 20005
Washington, D.C. 20037                  (202) 736-8000
(202) 965-0199


            *Attorney for Plaintiffs*                    *Attorneys for Defendant AT&T Corp.*
     *PaeTec Communications, Inc. et al.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

———————————————————————

PAETEC COMMUNICATIONS, INC.,  )
et al.,                       )
                              )
          Plaintiffs,         )   Civil Action No. 08-076 (EGS)
                              )
     vs.                      )
                              )
AT&T Corp.,                   )
                              )
          Defendant.          )
———————————————————————       )


**ORDER TO EXTEND TIME FOR**
**DEFENDANT AT&T CORP. TO RESPOND**
**TO PLAINTIFFS' COMPLAINT**


Upon joint motion of the parties, and for good cause shown,

IT IS HEREBY ORDERED THAT

the time in which Defendant AT&T Corp. has to respond to Plaintiffs' Complaint by

answer or by motion is extended to July 30, 2008.

SO ORDERED, this _____ day of _____, 2008.


_____

The Honorable Emmet G. Sullivan