UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAETEC COMMUNICATIONS, INC., )
et al., )
          Plaintiffs, )
          v. )  C.A. No. 1:08 – cv- 00076 (EGS)
)
AT&T CORP., )
          Defendant. )
)

**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS**

Plaintiff PAETEC hereby files this Answer to Defendant AT&T's Counterclaims and states as follows in support hereof:

**JURISDICTION AND VENUE**

1. Paragraph 1 of AT&T's Counterclaims contains conclusions of law and requires no answer.

2. PAETEC agrees that venue is proper in this judicial district as asserted in Paragraph 2 of AT&T's Counterclaims.

1

## PARTIES

3. PAETEC admits the allegations contained in Paragraph 3 of AT&T's Counterclaims except that PAETEC lacks knowledge and information sufficient to form a belief as to the truth of the allegation that AT&T is a wholly owned subsidiary of AT&T Inc. and that allegation is therefore denied.

4. PAETEC admits the allegations contained in Paragraph 4 of AT&T's Counterclaims.

5. PAETEC admits the allegations contained in Paragraph 5 of AT&T's Counterclaims.

6. Paragraph 6 of AT&T's Counterclaims requires no answer.

7. PAETEC admits the allegations contained in Paragraph 7 of AT&T's Counterclaims.

8. PAETEC admits the allegations contained in Paragraph 8 of AT&T's Counterclaims, except that US LEC of Pennsylvania was converted to a limited liability company effective April 1, 2008, and is now named US LEC of Pennsylvania L.L.C.

9. PAETEC admits the allegations contained in Paragraph 9 of AT&T's Counterclaims.

10. PAETEC admits the allegations contained in Paragraph 10 of AT&T's Counterclaims.

11. PAETEC admits the allegations contained in Paragraph 11 of AT&T's Counterclaims.

12. PAETEC admits the allegations contained in Paragraph 12 of AT&T's Counterclaims.

13. PAETEC admits the allegations contained in Paragraph 13 of AT&T's Counterclaims.

14. PAETEC admits the allegations contained in Paragraph 14 of AT&T's Counterclaims.

15. PAETEC admits the allegations contained in Paragraph 15 of AT&T's Counterclaims except that US LEC of South Carolina was converted to a limited liability company effective April 1, 2008, and is now named US LEC of South Carolina L.L.C.

16. PAETEC admits the allegations contained in Paragraph 16 of AT&T's Counterclaims.

17. Paragraph 17 of AT&T's Counterclaims requires no answer.

## FACTS COMMON TO COUNTERCLAIMS

### The FCC's Rules on CLEC Access Rates

18. PAETEC admits the allegations contained in Paragraph 18 of AT&T's Counterclaims.

19. PAETEC admits the allegations contained in Paragraph 19 of AT&T's Counterclaims.

20. PAETEC admits the allegations contained in Paragraph 20 of AT&T's Counterclaims.

21. PAETEC denies the allegations in the first sentence of Paragraph 21 of AT&T's Counterclaims. The remainder of the allegations in Paragraph 21 of AT&T's Counterclaims

attempts to characterize the "CLEC *Access Charge Order*" of 2001 and requires no answer. The "CLEC *Access Charge Order*" of 2001 speaks for itself.

22. The allegations in Paragraph 22 of AT&T's Counterclaims attempt to characterize the "CLEC *Access Charge Order*" of 2001 and require no answer. The "CLEC *Access Charge Order*" of 2001 speaks for itself.

23. The allegations in Paragraph 23 of AT&T's Counterclaims attempt to characterize the "CLEC *Access Charge Order*" of 2001 and 47 C.F.R. § 61.26. The "CLEC *Access Charge Order*" of 2001 and 47 C.F.R. § 61.26 speak for themselves and the allegations in Paragraph 23 of AT&T's Counterclaims require no answer.

24. PAETEC lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 24 of AT&T's Counterclaims and those allegations are, therefore, denied.

25. The allegations in Paragraph 25 of AT&T's Counterclaims attempt to characterize the FCC's rules, in particular 47 C.F.R. § 61.26(a) (5). The FCC's rules and, in particular, 47 C.F.R. § 61.26(a) (5) speak for themselves and the allegations in Paragraph 25 of AT&T's Counterclaims require no answer.

26. PAETEC admits the allegations contained in Paragraph 26 of AT&T's Counterclaims.

**The Plaintiffs' Tariffed Rates For Access Services**

27. The contents of PAETEC's tariffs speak for themselves and require no answer. The FCC's rules speak for themselves and require no answer. The remainder of the allegations in Paragraph 27 of AT&T's Counterclaims is a conclusion of law and requires no answer.

28. PAETEC denies the allegations in Paragraph 28 of AT&T's Counterclaims.

29. PAETEC denies the allegations in Paragraph 29 of AT&T's Counterclaims..

30. The contents of PAETEC's tariffs speak for themselves and the allegations set forth in Paragraph 30 of AT&T's Counterclaims require no answer. To the extent any of the allegations in Paragraph 30 require an answer, such allegations are denied.

31. PAETEC denies the allegations in Paragraph 31 of AT&T's Counterclaims.

32. PAETEC denies the allegations in Paragraph 32 of AT&T's Counterclaims.

**COUNT 1**

**(Violation of Section 203 of the Communications Act, 47 U.S.C. § 203)**

33. PAETEC herein incorporates by reference its responses set forth in Paragraphs 1 through 32.

34. Section 203(c) of the Communications Act, 47 C.F.R. § 203, speaks for itself and no answer is required to Paragraph 34 of AT&T's Counterclaims.

35. PAETEC admits the allegations contained in Paragraph 35 of AT&T's Counterclaims.

36.  PAETEC's tariffs and the FCC's rules speak for themselves and no answer is required to Paragraph 36 of AT&T's Counterclaims.

37.  PAETEC's tariffs speak for themselves and no answer is required to Paragraph 37 of AT&T's Counterclaims.

38. PAETEC denies the allegations in Paragraph 38 of AT&T's Counterclaims.

39.  PAETEC denies the allegations in Paragraph 39 of AT&T's Counterclaims.

40.  PAETEC denies the allegations in Paragraph 40 of AT&T's Counterclaims.

41.  PAETEC denies the allegations in Paragraph 41 of AT&T's Counterclaims.

## COUNT II

**(Violation of Section 201(b) of the Communications Act, 47 U.S.C. § 201(b)**

42. PAETEC herein incorporates by reference its responses set forth in Paragraphs 1 through 42.

43.  Section 201(b) of the Communications Act, 47 C.F.R. § 201(b) speaks for itself and no answer is required to Paragraph 43 of AT&T's Counterclaims.

44.  The FCC's rules speak for themselves and no answer is required to Paragraph 44 of AT&T's Counterclaims.

45.  PAETEC denies the allegations in Paragraph 45 of AT&T's Counterclaims.

46.  PAETEC denies the allegations in Paragraph 46 of AT&T's Counterclaims.

47.  PAETEC denies the allegations in Paragraph 47 of AT&T's Counterclaims.

## DEFENSES

PAETEC asserts the following additional defenses without assuming the burden of proof on any issues that would otherwise rest on AT&T and reserves its rights to assert additional defenses when and if appropriate.

## FIRST DEFENSE

AT&T's Counterclaims fail to state a claim upon which relief can be granted.

## SECOND DEFENSE

AT&T's Counterclaims are barred by the filed rate doctrine.

## THIRD DEFENSE

AT&T's Counterclaims are barred by Section 204(a)(3) of the Communications Act, 47 U.S.C. § 204(a)(3).

Wherefore, PAETEC requests that AT&T's Counterclaims be dismissed with prejudice, and that the Court enter judgment in its favor and against AT&T, award PAETEC attorneys' fees, costs, and expenses and grant PAETEC such further relief as is just and equitable.

Respectfully submitted,

/s/ Jeffrey J. Binder

Jeffrey J. Binder, Esq.
D.C. Bar #475821
The Watergate
2510 Virginia Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 965-0199
E-mail: j.j.binder@verizon.net
ATTORNEY FOR PLAINTIFF PAETEC COMMUNICATIONS, INC.